IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOE TAYLOR, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 9:13-cv-00245 |
| | § | |
| TYSON FOODS, INC. and | § | JUDGE RON CLARK |
| TYSON FARMS, INC., | § | |
| | § | |
| *Defendants*. | | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Motion to Dismiss with Prejudice [Doc. 8]. Having considered the motion, the court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the parties Agreed Motion to Dismiss with Prejudice [Doc. 8] is GRANTED.  All claims and counterclaims of the parties are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

So **ORDERED** and **SIGNED** on April  21, 2014.

_____
Ron Clark, United States District Judge